# EXHIBIT 2

| Subject: | OFAC License Application Received |
|---|---|

**From:** "OFACLicensing@treasury.gov" <OFACLicensing@treasury.gov>
**Date:** September 8, 2020 at 3:47:48 PM EDT
**To:** James Goldston <james.goldston@opensocietyfoundations.org>
**Subject: OFAC License Application Received**

Your license application, Reference Number InterprRuleReqEO13928, regarding Open Society Justice Initiative has been received on 08/24/2020, and assigned Case Number ICCP-EO13928-2020-369020-1.  Please have this Case Number available when contacting OFAC regarding this application.

This electronic message transmission contains information from the Office of Foreign Assets Control, US Department of the Treasury which may be confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this electronic transmission in error, please notify us by calling 202-622-2480 immediately. Thank you.