| | |
|---|---|
| **Subject:** | RE: Open Society Institute's August 24 request |

**From:** James Goldston <james.goldston@opensocietyfoundations.org>
**Sent:** Tuesday, September 15, 2020 3:06 PM
**To:** ▮
**Cc:** James Goldston <james.goldston@opensocietyfoundations.org>
**Subject:** RE: Open Society Institute's August 24 request

Thank you for your email. I confirm that I am the appropriate point of contact for this request. Please do not hesitate to reach out to me should you have questions. Given that this request is time-sensitive, I would appreciate if you would provide an estimate of when I might expect a final response from OFAC.

Thank you.

Sincerely,


*James A. Goldston (he, his)*
*Executive Director*
*Open Society Justice Initiative*
*224 West 57 Street, New York, NY 10019*
*+1-212-548-0118/www.justiceinitiative.org*
*@JamesAGoldston*


**From:** ▮
**Sent:** Wednesday, September 9, 2020 11:45 AM
**To:** James Goldston <james.goldston@opensocietyfoundations.org>
**Subject:** Open Society Institute's August 24 request

Good morning. I am the Licensing Officer working on OFAC's response to your August 24 request for guidance on recent U.S. Government actions regarding the International Criminal Court. Your request has been assigned case number ICCP-EO13928-2020-369020-1. I may be reaching out to you in the coming weeks with any questions about your request that arise, and you should feel free to come to me with questions or updates regarding Open Society's activities.

Please also let me know if you are working with any external counsel who you would like to include in OFAC's communications with you.

▮
Sanctions Licensing Officer
Office of Foreign Assets Control
U.S. Department of the Treasury