

*Seaport West*
*155 Seaport Boulevard*
*Boston, MA 02210-2600*

*617.832.1000 main*
*617.832.7000 fax*

Andrew B. Loewenstein
617-832-3015 direct
ALoewens@foleyhoag.com

October 9, 2020

**Via ECF**

Hon. Katherine Polk Failla
United States District Judge
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

      Re:    *Open Society Justice Initiative, et al. v. Trump, et al.*
                Case No. 1:20-cv-8121-KPF – Request for Oral Argument

Dear Judge Polk Failla:

      We represent Plaintiffs in the above-referenced action. We write in compliance with Your Honor's Individual Rules of Practice 4(E) to request that the Court schedule oral argument on Plaintiffs' Motion for Preliminary Injunction.

      Plaintiffs' Motion seeks to protect their rights under the First and Fifth Amendments to the U.S. Constitution and to prevent the government from acting *ultra vires* under the governing statute. Plaintiffs respectfully suggest that oral argument would assist the Court in making its decision by elucidating the key points of difference between the parties on these issues.

                                    Respectfully submitted,

                                      /s/ Andrew B. Loewenstein
                                      Andrew B. Loewenstein (*pro hac vice*)

cc: All Defendants (via ECF)