1/11/2021 — Specially Designated Nationals And Blocked Persons List (SDN) Human Readable Lists | U.S. Department of the Treasury

Case 1:20-cv-08121-KPF Document 57 Filed 01/13/21 Page 1 of 3

# U.S. DEPARTMENT OF THE TREASURY

## FINANCIAL SANCTIONS

**Specially Designated Nationals List (SDN List)**

SDN List - Data Formats & Data Schemas

Consolidated Sanctions List

Additional Sanctions Lists

Recent Actions

Search OFAC's Sanctions Lists

Sanctions Programs and Country Information

OFAC License Application Page

Additional OFAC Resources

Frequently Asked Questions

Civil Penalties and Enforcement Information

OFAC Reporting System

Contact OFAC

# Specially Designated Nationals And Blocked Persons List (SDN) Human Readable Lists

Last Updated: 01/11/2021

Cited in Open Socy Justice Initiative v Trump 20Civ8121 Decided 1/4/21
Archived on 1/11/21
This document is protected by copyright. Further reproduction is prohibited without permission.

1/11/2021 Specially Designated Nationals And Blocked Persons List (SDN) Human Readable Lists | U.S. Department of the Treasury

Case 1:20-cv-08121-KPF Document 57 Filed 01/13/21 Page 2 of 3

As part of its enforcement efforts, OFAC publishes a list of individuals and companies owned or controlled by, or acting for or on behalf of, targeted countries. It also lists individuals, groups, and entities, such as terrorists and narcotics traffickers designated under programs that are not country-specific. Collectively, such individuals and companies are called "Specially Designated Nationals" or "SDNs." Their assets are blocked and U.S. persons are generally prohibited from dealing with them.  View more information on Treasury's Sanctions Programs.

## SEARCH OFAC'S SANCTIONS LISTS INCLUDING THE SDN LIST

SEARCH OFAC'S SANCTIONS LISTS

Information About OFAC's Sanctions List Search Tools

## HASH VALUES FOR LIST CONTENT ASSURANCE:

- SHA-256, SHA-384, and SHA-516 hash values for OFAC list files

## FULL LISTS:

- Complete Specially Designated Nationals List (in PDF format)
- Complete Specially Designated Nationals List (in TEXT format)

## CHANGES TO THE SDN LIST:

- What changed on the list when it was last updated?
- Archive of changes to the SDN list

## LISTS BY PROGRAM AND COUNTRY:

- SDN List Sorted by OFAC Sanctions Program
- SDN List Sorted by Country

## GUIDANCE:

- Definition of SDN List Program Tags
- Specially Designated Nationals Alias Screening

Cited in: Open Socy Justice Initiative v Trump 20Civ8121 Decided 1/4/21

Archived on 1/11/21

This document is protected by copyright. Further reproduction is prohibited without permission.

1/11/2021 Specially Designated Nationals And Blocked Persons List (SDN) Human Readable Lists | U.S. Department of the Treasury

Case 1:20-cv-08121-KPF Document 57 Filed 01/13/21 Page 3 of 3

## HOW TO BE REMOVED FROM A SANCTIONS LIST:

- If you have an OFAC Alert on your Credit Report
- Click here to appeal an OFAC designation or other listing

## SUBSCRIBE TO OFAC ALERTS

- Subscribe to OFAC RSS Feed
- Sign up for OFAC e-mail Notifications

Cited in Open Socy Justice Initiative v Trump
20Civ8121 Decided 1/4/21

Archived on 1/11/21

This document is protected by copyright.
Further reproduction is prohibited without permission.