UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

OPEN SOCIETY JUSTICE INITIATIVE,
DIANE MARIE AMANN, MILENA STERIO,
MARGARET DEGUZMAN, and
GABOR RONA,

                Plaintiffs,

     -v.-

JOSEPH R. BIDEN, JR., President of the
United States, *et al.*,

                Defendants.

20 Civ. 8121 (KPF)

**ORDER**

---

KATHERINE POLK FAILLA, District Judge:

    The Court is in receipt of several letters from non-party Duane L. Berry, seeking to appeal this Court's Opinion and Order of January 4, 2021 (Dkt. #56). The Court has determined that Mr. Berry does not have a cognizable interest in this matter, and thus denies what the Court interprets as a request to intervene on behalf of the Department of the Treasury.

    The Clerk of Court is directed to mail a copy of this Order to:

Duane L. Berry,
No. 62250019,
Federal Medical Center,
P.O. Box 1600,
Butner, NC 27509

    SO ORDERED.

Dated:    April 21, 2021
             New York, New York

                                            KATHERINE POLK FAILLA
                                            United States District Judge